**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000614
17-JUN-2026
08:19 AM
Dkt. 26 ODSD**

NO. CAAP-25-0000614

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DAVE AND MICHELLE HAGGLAND, Trustees of Haggland Revocable
Trust, Plaintiffs-Appellees,
v.
SHELBY WILSON, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
LĪHUʻE DIVISION
(CASE NO. 5DRC-25-0000508)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before November 17, 2025, and December 17, 2025, respectively;

(2) Self-represented Defendant-Appellant Shelby Wilson (**Wilson**) failed to file either document, or request an extension of time;

(3) On December 23, 2025, the appellate clerk entered a default notice informing Wilson that the time for filing the statement of jurisdiction and opening brief had expired, the

matter would be called to the court's attention on January 2, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Wilson could request relief from default by motion; and

(4) Wilson has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge